JOHN M. HOLT ET AL. V. R. W. RIDDLE.

(No. 769, Op. Book No. 1, p. 516.)

APPEAL from Dallas County.    Opinion by WINKLER, J.

§ 340. *Appeal; when perfected.*    Judgment was rendered at the September term (September 20th), 1877. Affidavit in lieu of an appeal bond was made by one of the appellants on the 20th of October, 1877, and appeal bond filed by the other on the 30th of October, 1877. *Held*, the appeal was not perfected in the time prescribed by law.

§ 341. *Without an appeal bond, or affidavit in lieu thereof, this court has no jurisdiction of the cause.*

May 1, 1878.                    Reversed and dismissed.

---

NEELY WILLIAMS, ADM'R, v. J. O. CHAMBERLAIN.

(No. 109, Op. Book No. 1, p. 628.)

APPEAL from Milam County.    Opinion by WHITE, J.

§ 342. *New cause of action; statute of limitations.* Where the amended petition sets up a cause of action new and entirely different and distinct from that stated in the original petition, it cannot be held to relate back to the date of the filing of the first petition, so as to prevent the running of the statute of limitations. And the special exception of defendant setting up the statute of limitations should have been sustained.

June 8, 1878.                    Reversed and remanded.